UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH COLUMBUS,


                   Plaintiff,

      v.                                      19 CV 06722 (RA)

CAROLYN DALEY SCOTT, HK RECOVERY
GROUP, INC., RONALD HUGHS and
PINPOINT TECHNOLOGIES, LLC,

                                          **NOTICE OF APPEARANCE**


                   Defendants.
-----------------------------------------------------------------X

        To the Clerk of this Court:

        Please enter my appearance as counsel of record in the above-captioned matter for

Defendant Carolyn Daley Scott.

        I hereby request that I receive copies of all filings via the ECF system.

Dated:  New York, New York
     October 3, 2019


                                    WINGET, SPADAFORA &
                                    SCHWARTZBERG, LLP
                                    *Attorneys for Defendant*
                                    Carolyn Daley Scott

                  By:   *s/Alexander A. Truitt*
                                    Alexander A. Truitt, Esq.
                                    45 Broadway, 32nd Floor
                                    New York, New York 10006
                                    (212) 221-6900 - Telephone
                                    (212) 221-6989 - Facsimile
                                    Truitt.A@wssllp.com